# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

SYLVIA ORTIZ,

              Plaintiff

vs

SODEXO, INC., a Delaware Corporation,

              Defendant

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 1215 IEG JMA

FILED 2008 JUL -8 AM [?]:29
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ 

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

    Sean T. O'Bryan
    402 West Broadway, Suite 400
    San Diego, CA 92101-3554
    Tel. No. (619) 595-4801

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

7/8/08
DATE

J. PARIS

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)