1  STEPHEN J. SCHULTZ, SBN 90187
   MARK T. BENNETT, SBN 89061
   E-Mail: mbennett@mgfllp.com
2  **MARKS, GOLIA & FINCH, LLP**
   ATTORNEYS AT LAW
3  3900 HARNEY STREET – FIRST FLOOR
   SAN DIEGO, CALIFORNIA 92110-2825
4  TELEPHONE: (619) 293-7000
   FACSIMILE: (619) 293-7362

5  Attorneys for Defendant Sodexo America, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA M. ORTIZ,<br><br>    Plaintiff,<br><br>v.<br><br>SODEXO, INC., a Delaware corporation,<br><br>    Defendant. | CASE NO: 08 CV 1215 IEG JMA<br><br>DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST<br><br><br>Date Filed: July 8, 2008<br>Trial Date: None Set |

Pursuant to Fed. R. Civ. P. 7.1 and Civ. R. 40.2, Defendant Sodexo America, LLC, which is referred to in the Complaint as Sodexo, Inc., files this Notice of Party with Financial Interest. Sodexo America, LLC is a subsidiary of Sodexo, Inc. Sodexo America, LLC is a Delaware single member limited liability company.

///

///

///

///

///

///

Sodexo, Inc. is a Delaware corporation. Sodexo, Inc. is a wholly-owned subsidiary of Sodexo S.A, a societe anonyme organized under the laws of the Republic of France and which is listed on the Euronext Paris First Market.

DATED: August 8, 2008

Respectfully submitted,

MARKS, GOLIA & FINCH, LLP

By:  /S/ Mark T. Bennett, Esq.
MARK T. BENNETT
Attorneys for Defendant
Sodexo America, LLC
E-Mail: mbennett@mgfllp.com

860.034/mtb311.bdp

2

MARKS, GOLIA & FINCH, LLP
3900 Harney Street
First Floor
San Diego, CA 92110
(619) 293-7000

DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST
CASE NO: 08 CV 1215 IEG JMA

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 8th of August 2008 and is available for viewing and downloading to the ECF registered counsel of record:

<u>Via Electronic Service/ECF</u>:

Sean T. O'Bryan, Esq.
Attorney for Sylvia M. Ortiz
stohm@sbcglobal.com

DATED:  August 7, 2008        MARKS, GOLIA & FINCH, LLP

By:   <u>/S/ Mark T. Bennett, Esq.</u>
         MARK T. BENNETT
Attorneys for Defendant Sodexo America, LLC
E-Mail:  mbennett@mgfllp.com

---

DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST
CASE NO:  08 CV 1215 IEG JMA