UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA M. ORTIZ,<br><br>        Plaintiff,<br><br>v.<br><br>SODEXO, INC., a Delaware corporation,<br><br>        Defendants. | Case No. 08-CV-1215-IEG (JMA)<br><br>**ORDER RESCHEDULING EARLY NEUTRAL EVALUATION CONFERENCE** |

**IT IS HEREBY ORDERED** that the Early Neutral Evaluation Conference scheduled for September 12, 2008 is <u>rescheduled</u> for **September 22, 2008** at **10:00 a.m.** in the chambers of the Honorable Jan M. Adler, United States Magistrate Judge, Room 1165, U.S. Courthouse, 940 Front Street, San Diego, California.

**IT IS SO ORDERED.**

DATED: August 18, 2008

_____
Jan M. Adler
U.S. Magistrate Judge